■ STEPHEN NOVOTNY, II, Appellant, v HARVEY C. SHAPIRO et al., Respondents.—Appeal from an order of the Supreme Court (Ingraham, J.), entered April 9, 1987 in Broome County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Irad S. Ingraham. Kane, J. P., Yesawich, Jr., Levine and Harvey, JJ., concur.